# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. DUNAGAN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO. 11-00280-KD-C** |
| | ) |
| **ABBC, INC., d/b/a/ PICK 'N SAVE,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the settlement agreement between Robert L. Dunagan and ABBC, Inc., is approved.

Pursuant to the settlement agreement, this action is dismissed with prejudice with costs taxed as agreed.

The Court does not retain jurisdiction to enforce the settlement agreement.

DONE and this 21st day of March, 2012.

                                                                      **s/ Kristi K. DuBose**
                                                                      **KRISTI K. DuBOSE**
                                                                      **UNITED STATES DISTRICT JUDGE**